Civil- (Dec-2008)

HONORABLE: Sarala V. Nagala
DEPUTY CLERK: M. Bozek
RPTR/ECRO/TAPE: Denae Hovland
TOTAL TIME: 1 hours 20 minutes
DATE: 6/27/2022   START TIME: 12:22 PM   END TIME: 1:42 PM
LUNCH RECESS   FROM:        TO:
RECESS (if more than ½ hr)   FROM:        TO:

CIVIL NO. 3:22-cv-00591-SVN

Cardoza
vs
Pullen et al

Sarah Russell/Marisol Orihuela (via Zoom)
Plaintiff's Counsel

John W. Larson
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing  ☐ Show Cause Hearing
☐ Evidentiary Hearing  ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ .....#12 Motion to Dismiss ☐ granted ☐ denied ☑ advisement
☐ .....# Motion ☐ granted ☐ denied ☐ advisement
☐ .....# Motion ☐ granted ☐ denied ☐ advisement
☐ .....# Motion ☐ granted ☐ denied ☐ advisement
☐ .....# Motion ☐ granted ☐ denied ☐ advisement
☐ .....# Motion ☐ granted ☐ denied ☐ advisement
☐ .....# Motion ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ Hearing continued until _____ at _____

Notes: