# EXHIBIT 4

BP-A0548
JUN 10

**HOME CONFINEMENT AND COMMUNITY CONTROL
AGREEMENT**

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

I, _____ ,  _____ ,

                                  Name                                            Register Number

hereby agree to abide by the following Conditions related to my legal participa tion on home confinement.

I understand that my participation on home confinement will be an alternative t o placement in a Community Corrections Center for no more than the last six (6) months or 10% of my sentence, whicheve r is less.  I am aware that I will legally remain in the custody of the Bureau of Prisons and/or the U.S. Attorney General  and that failure to remain at the required locations may result in disciplinary action and/or prosecution for escape.

I agree to report to my assigned probation officer or the contractor's facility  immediately upon reaching my release destination.

I understand that if I decline to participate in the recommended home confinme nt program I may face administrative reassignment out of the community corrections program.

I agree that during the home confinement period, I will remain at my place of r esidence, except for employment, unless I am given permission to do otherwise.  I also understand that I will be required  to pay the costs of the program based on my ability to pay.

I also agree to maintain a telephone at my place of residence without "call for warding", a modem, "Caller ID" or portable cordless telephones for this period.

I also agree that, if my confinement is to be electronically monitored,I  will  wear any electronic monitoring device required, following procedures specified and will not have "call forwarding" on my teleph one.

| Inmate's Name | Date |
|---|---|
| Staff Witness (Printed Name and Signature) | Facility |

PDF                                             Prescribed by P7320