# EXHIBIT 6

## Declaration of Asha Maurya

I, Asha R. Maurya, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am 47 years old and was previously housed in the minimum-security Camp at FCI Danbury.

2. I was living in Camp at the time the COVID-19 pandemic hit in Spring 2020.

3. In June 2020, staff at FCI Danbury informed me that I had been approved for release to home confinement. At that time, my projected release date from BOP custody was not until 2025.

4. Given the length of time left on my sentence, I wanted to be sure that I was going home for the rest of the sentence.

5. I specifically asked my case manager at the Camp, Mr. Ramos, if those of us being released to home confinement were going to be brought back to prison when the pandemic was over. He told me that once we were released to home confinement we would not be brought back to prison unless we broke the rules and "got yourself sent back." When I was signing my paperwork for home confinement, I asked the same question to the Camp Secretary, Ms. Gavin. She said to me: "You aren't coming back." She said: "I know you aren't a troublemaker." She told me that if I followed the rules, I would not be brought back to prison.

6. I was released from FCI Danbury in July 2020. When I checked in at my assigned halfway house after my release, I signed paperwork with my case manager and later met with the halfway house Director, Ms. Jennifer Garcia. I asked her if people like me on home confinement with a lot of time left on our sentences were going to be sent back to prison. She said: "Not unless you do something wrong."

1

7. I relied on these statements from BOP and halfway house staff in making plans and organizing my life when I got home.

8. Ultimately, my sentence was vacated on appeal and I was resentenced, thus ending my time in BOP custody.

I have reviewed the information contained in this declaration. I declare under the pains and penalties of perjury that the contents are true and correct to the best of my knowledge. I authorize use of my electronic signature to sign this declaration.

Dated: August 15, 2022

Asha R. Maurya