# EXHIBIT 7

**Declaration of Alice Phillips**

I, Alice Phillips, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am 56 years old and was previously housed in the minimum-security Camp at FCI Danbury under the name Alice Phillips Belmonte, reg number 89350-053.

2. I spent approximately 11 months on home confinement before my term in BOP custody ended in May 2021.

3. I was living in the Camp when the COVID-19 pandemic hit in spring 2020.

4. In late March 2020, we started hearing about the possibility of people being moved to home confinement. In April 2020, some of us were getting release dates.

5. In both April and May 2020, high-level staff held multiple Town Hall meetings at the Camp to talk to us about COVID protocols and the home confinement process. Speaking at these Town Halls were Warden Easter, Ms. Moore, and Ms. Foreman. All of us living at the Camp would gather to listen to what they said.

6. Some of us had a lot of time left on our sentences. Women had concerns that they might be released home temporarily and then brought back into prison. More than one person expressed that they did not want to leave if they would have to come back when the pandemic was over. We had no idea at that time how long the pandemic would last. They asked: "Is this just temporary?" "Do we have to come back?"

7. I was also concerned about going home and then being separated from my child again. I didn't want to put my daughter through that again. So it mattered to me a lot whether I was going home for good (absent me committing a violation).

8. All three leaders—Warden Easter, Ms. Moore, and Ms. Foreman—reassured us that the only way we'd be brought back to prison from home confinement was if we committed

1

misconduct. They said: "The only way you are coming back is if you put yourself here." I remember Ms. Foreman saying: "Ladies: I'm watching you. You are the only ones who can send you back." I also heard the same information from Mr. Ramos, our case manager. Staff were very specific and clear about this.

9. I repeated this information to women at the Camp who were concerned about whether home confinement would be permanent. I repeated what had been told to us: "You are only coming back if you put yourself back."

10. I was released from FCI Danbury in late May 2020. I went to an orientation at the Brooklyn House, the halfway house supervising me, in early June 2020. The halfway house staff went over all the rules of the program. The staff were very clear at that orientation that the only way we'd be sent back to prison is if we violated the rules of the program. The Director said that specifically.

11. I relied on these statements from BOP and halfway house staff in making plans and organizing my life when I got home.

I have reviewed the information contained in this declaration. I declare under the pains and penalties of perjury that the contents are true and correct to the best of my knowledge. I authorize use of my electronic signature to sign this declaration.

Dated: August 16, 2022

Alice Phillips