EXHIBIT 8

## Second Declaration of Eric Alvarez

I, Eric Alvarez, hereby declare pursuant to 28 U.S.C. § 1746:

1. My name is Eric Alvarez. I am the fiancé of Eva Cardoza. Eva was released on home confinement in May 2020.

2. During part of her time on home confinement, Eva lived with me, her daughter (now age 15), my three young children (now ages 14, 12, and 10), and my severely disabled older son (age 26) in Walden, New York. I have sole custody of my minor children, and their mother has not provided care for them for the past five years. My oldest son's mother is also not in the picture.

3. Having Eva pulled back into prison from home confinement has been extremely detrimental to her, to me, and to our children. While on home confinement, Eva played an incredibly important role in our family as a caretaker and mother to our children. Eva filled our home with love and comfort. She grew very close with her daughter and formed a tight bond with my children. During the past 14 months that Eva has been back in prison, we have all really struggled. Life is incredibly difficult right now, and I'm worried about the long-term impact that losing Eva for all this time will have on the children.

4. I suffer from serious ailments including colon cancer, multiple heart conditions (coronary artery disease, mitral valve regurgitation, and chronic combined systolic and diastolic heart failure), type 2 diabetes, asthma, hypertension, and mixed hyperlipidemia. In 2003, I was diagnosed with lung cancer and had chemotherapy (the lung cancer is now in remission). In 2010, I had a stroke that caused weakness in my left side for around two

years. In 2012, I had a heart attack and three stents were implanted in my heart. I was

diagnosed with colon cancer in August 2022.

5.   I've been on social security disability for the past two decades as my medical conditions

make it so I can't work. I have a hard time taking care of myself and our children. While

she was home, Eva kept track of my medications and would cook for me and the

children. Sometimes my conditions make me so weak that I'm not even able to feed or

bathe myself. On those days, Eva would feed me, bathe me, and step in and make sure I

was taken care of and had everything I needed.

6.   Eva has seizures that get worse with anxiety and stress and she also has post-traumatic

stress disorder (PTSD) and asthma. During her seizures, which often happen at night, she

bites her tongue and mouth and shakes a lot, like she's having tremors. The next day,

she's lethargic, confused, tired, and has slurred speech. While she was home, she was

taking carbamazepine to help control her seizures.

7.   Eva also struggles with depression.

8.   Despite her own hardships, Eva was the primary caretaker of our family. She performed

all of the housework, cooked the meals, got the children up and made sure they were

ready for school, and helped the children with schoolwork, among other things. She took

care of the kids when I needed to leave the house for medical care. She provided essential

support to me and our children.

9.   In addition to our four young children, who have substantial needs, my oldest son (age

26) also requires a lot of care. At birth, he was deprived of oxygen and spent nine days in

intensive care. He is almost blind and suffers from seizures as well as Albinism. He has

severe developmental disabilities and was always in special ed at school. He requires care

from a parent and is not able to take care of his younger siblings. Eva helped to look after him along with our other children.

10. While on home confinement, Eva also helped take care of her mother who has diabetes and lives alone. She would cook for her mother and do her housework.

11. Eva tried really hard to follow the rules while she was on home confinement. She would attend every appointment at her halfway house, sometimes up to four times a month, even though we lived around two hours away and the cab fare would often be $200 or more per trip. She never left home without getting permission from her halfway house.

12. When Eva was home, we expected she would stay home for the rest of her sentence unless she committed a major violation of the rules of home confinement. Eva's understanding, which she communicated to me, was that she would not be going back to prison unless she messed up. My children and I relied on Eva's ongoing presence and support.

13. Having Eva taken back to prison has devastated our family. Eva played a really important role in taking care of me, our kids, and her mom.

14. Since Eva was taken to prison, I've been the sole caretaker for Eva's daughter and my four children. I don't have anyone else to help watch or take care of the kids. This has been an incredibly difficult for me to take on alone, especially because my health conditions make it hard for me to take care of myself, let alone our children.

15. Eva being taken back to prison has been heartbreaking for Eva's 15-year-old daughter, who was the victim of a serious sexual assault soon after Eva's home confinement was revoked. Since Eva has been back in prison, her daughter's assailant has been tried, convicted, and sentenced for the assault. Eva's daughter and I both gave testimony at his

3

trial, and Eva's daughter again had to speak in court and give a victim impact statement at his sentencing in July 2022. This whole experience has been incredibly traumatic and detrimental to her daughter's mental and physical health, even more so because she does not have her mother there to support her. I am so worried about Eva's daughter and feel powerless to help her in the way that I know that Eva can. When Eva's daughter connects with her mother at the prison by phone or video chat, I see her old self return for a few moments. Otherwise, she is extremely sad and distressed. She cries all the time because of how much she misses her mother. She has been engaging in self-harm. I know this time has not only been an incredibly difficult time for her daughter, but also for Eva because she can't provide the support her daughter needs so badly.

16. In January 2022, I got COVID and had health complications. During this time, doctors wanted me to be admitted to the hospital, but I couldn't go because I had no one else to take care of our children. I've also delayed multiple surgeries and procedures, including surgery for a torn rotator cuff in my shoulder and a procedure to have a stent replacement in my heart, because I am now the sole caretaker of our children and have no one else to watch them or help take care of them. If Eva were home, I would be able to have the medical procedures I need and would be able to prioritize my health while also knowing the children are being well taken care of.

17. About four years ago, I started having pain and pressure in my abdomen along with diarrhea and gas. This problem would come and go. About five or six months ago, the pain and pressure got much worse. I had trouble eating or drinking. For about two weeks, the pain was so bad that I could not drive and had trouble getting out of bed. I had to go to the bathroom every 5 to 10 minutes and had blood in my stool and rectal bleeding. I

left the children alone and went to the emergency room at the end of June 2022 because I couldn't stand the pain. They kept me there most of the night, doing a CT scan and other tests.

18. After leaving the hospital, I made an appointment with a GI doctor, who ordered a colonoscopy and endoscopy with biopsy. In July, I had the colonoscopy. In early August, I had the endoscopy and biopsy. When I went for the endoscopy, the doctor informed me that the colonoscopy showed I had colon cancer. I am still waiting for the results of the endoscopy and biopsy, which will show more about the growth of the cancer. My doctor is considering what course of treatment I can withstand given my heart conditions.

19. I am unable to stand up straight or walk normally given the pain I am in. I continue to feel intense pressure and pain and have cold sweats. At night it is even worse. I need to use the bathroom multiple times an hour.

20. Since Eva returned to prison, I have worried for her mental and physical health. When I talk to her, she's often exhausted because she's worked for fifteen or sixteen hours straight. She exerts herself an incredible amount to help distract her from things happening outside of prison that she can't control, like not being able to be here to support her daughter, myself, and our family. While back in prison, Eva's anxiety and depression have been worse, she's been way more stressed, and she's been having seizures more frequently. On August 14, 2022, I spoke to her on a video chat after she had a particularly bad seizure. She told me other inmates told her she had been unconscious for awhile. She was still disoriented from the seizure. I could tell on the video chat that her left side looked droopy.

21. If Eva were to be put back on home confinement, she would live with me and our children in Walden, NY. She would be able to care for me, our children, and her mother—and importantly, she'd be able to support her daughter during the most difficult period of her life. She could take care of me as I undergo treatment for colon cancer and I could get the heart surgery and other medical treatment that I've been putting off. Eva would be able to get medical treatment from a neurologist to address her worsening seizures.

I have reviewed the information contained in this declaration. I declare under the pains and penalties of perjury that the contents are true and correct to the best of my knowledge. I authorize use of my electronic signature to sign this declaration.

Dated: August 15, 2022                              */s/ Eric Alvarez*
                                                     Eric Alvarez