# EXHIBIT 9

**From:** Patrick McFarland
**To:** (b)(6); (b)(7)(C)
**Date:** 11/16/2021 7:28 AM
**Subject:** Re: Fwd: Positive - Cardoza, Eva # 65272-054

Patrick McFarland
Residential Reentry Manager
New York RRM Office
100 29th Street
Brooklyn, NY 11232
(718) 840-(b)(6); Office
(718) 840-4207 Fax

>>> (b)(6); (b)(7)(C) 6/10/2021 9:29 AM >>>
FYI. The CDC and DHO Hearing has been completed.

>>> Patrick McFarland 6/7/2021 10:55 AM >>>
conduct investigation and cdc.   once sent to the dho we will send remand and you can pull the inmate in house from home detention to be remanded.   thank you.

>>> (b)(6); (b)(7)(C) @geogroup.com> 6/7/2021 10:19 AM >>>
Good morning

Please see attached email.
She a covid referral.

Thank you

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** (b)(6); (b)(7)(C) @geogroup.com>
**Sent:** Monday, June 7, 2021, 7:27 AM
**To:** (b)(6); (b)(7)(C)
**Subject:** Positive - Cardoza, Eva # 65272-054

Please see attached positive for the above-mentioned resident for marijuana .


(b)(6); (b)(7)(C)
OFFICE SUPPORT SPECIALIST

**The GEO Group, Inc. ®**
2534 Creston Avenue,
Bronx, New York 10468

Tel: 718 561 4155 Ext (b)(6);(b)(7)(C)  Fax: 718 561 4355

(b)(6); (b)(7)(C) @geogroup.com
www.geogroup.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing or copying of this email is strictly prohibited. If you have received this email in