# EXHIBIT 10

May 18, 2022

[Tell my mommy
I LOVE HER
AND I MISS
HER <3]

██████ her daughter

Since my mommy left me
I lost a big part of me I
cried so much the day she
left me because they already
took my mommy away from
for a years and that hurt me alot
then I got her back I was happy
coz I got my mommy back she
help with my school and my
sad rough and hard days
and when I can't sleep she would
always say mookie it's be okay
I'm here and I need that I miss her
laugh her smile the way she baby
me and most of all now to loved
me I really miss her coz until she
comes back I wont be the same
little happy little girl I was when
she was I've been so depressed
and lonely with her I'm not
the same she was my other
half my ride or die and I really
need her in my life right now
to just get a big hug when she
gets tell it all mookie you
don't have to be depressed or
sad anymore "I'm Here". And most
of all I need when I almost got
rape and you guys took her
away well who ever you people
are after that I needed her
more then ever coz I would cry
myself to sleep and while I way crying

I could always for help but she never comes so I cry even more. At the end of day I need my mommy I cant live without her. she been the best to me whenever i'm upset or sad and she always could tell when something was wrong even though I had a smile on she still knew I wasn't okay. Also because I miss when she would come to my room and cuddle me and shower me with lots of kisses and I could always cry on her and now I don't have anyone to cry on coz you guys took her from the.

May 18, 2022                    ███      Alvarez.

    Ever since Eva left the house and got taken away, i've been faced with many challenges. Eva was a mother figure i never had and always dreamt of. She helped take the burden of caring for multiple kids off my dads shoulder, and kept the house in order and stress free. Another challenge I was faced was with my own self-esteem, It felt like everytime goodness or a blessing like Eva came into my life It was torn away leaving me broken and lost again in life. Everyday i hope i see her glowing, radiating, effective smile in the house when i get home or wake up. Please bring back my mommy.

Ever Since my step mom/
Eva Cardoza has gone away
back to prison it has
affected me by a lot. When
my step mom was home
She would feed me, help me
With school work and would
help me with things a mom
of your own would do. Its
been a while since I've
Seen her in person and ever
since she went back, I
Was very Sad and had no
motherly figure. I dearly hope
for my mommy to
come out so I can have
a motherly figure in my
life and have another girl
in the house. And I would
Wish for her to come out Sooner
So I Can
get a          Dearly: ████████ Alvarez
motherly figure
I never really had in my life.
But She brought that to
me with her love and
erfection and caring heart. She was

the thing that kept me
happy and was the person
who made me keep my
head up in life. She helped
me with my insecuretes and
self dought. I really need her
in my life before I lose
my self confidence in
my self.

The Reason why I would love for Eva to come home is she brings joy to myself, as well as my father, my siblings, █████. Ever zence her being gone it's been nothing but sadness and it has been effecting my siblings education. Eva definitly brought love and balance to the family and we need her to come home so she can bring back the love balance.