UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **EVA CARDOZA**,<br><br>                    *Petitioner-Plaintiff*,<br>    v.<br><br>**TIMETHEA PULLEN**, Warden of Federal Correctional Institution Danbury, in her official capacity,<br><br>**PATRICK MCFARLAND**, Residential Reentry Manager, in his official capacity, and<br><br>**COLETTE S. PETERS**, Director, Federal Bureau of Prisons, in her official capacity,<br><br>                    *Respondents-Defendants*. | Civil Action No. 22-591<br><br>August 16, 2022 |

**PETITIONER-PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

      Petitioner-Plaintiff Eva Cardoza respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 65 to enter a Temporary Restraining Order and Preliminary Injunction ordering Respondents-Defendants to release Ms. Cardoza home pending the resolution of this action to Walden, New York so that she can care for her family members who desperately need her. Should this Court grant Ms. Cardoza's request for enlargement (Dkt. 33-1), this Motion will be moot.

                                          Respectfully submitted,

                                          EVA CARDOZA

Dated:  August 16, 2022         By:    */s/ Sarah F. Russell*
                                                      Sarah F. Russell, ct26604
                                                      Legal Clinic, Quinnipiac University School of Law
                                                      275 Mt. Carmel Avenue
                                                      Hamden, CT 06518

Telephone: (203) 582-5258
Email: sarah.russell@quinnipiac.edu