UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVA CARDOZA, | : | Case No. 22-cv-591(SVN) |
|    Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| TIMETHEA PULLEN et al., | : | |
|    Respondents. | : | August 31, 2022 |

## SECOND MOTION TO DISMISS

Pursuant to the court's August 17, 2022 order, the Rules Governing Section 2254 Cases in the United States District Courts, and Federal Rule of Civil Procedure 12(b)(6), the respondents respectfully move the court to dismiss the petitioner's amended habeas petition (document no. 33). In support of this motion, the respondents submit the attached memorandum of law.

Respectfully submitted,

Vanessa Roberts Avery
United States Attorney

  /s/
John W. Larson (ct28797)
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
T: (860) 947-1101
F: (860) 760-7979
john.larson@usdoj.gov